TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142/0141
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>$325,680.00 IN U.S. CURRENCY,<br><br>            Defendant. | Case No. 2:21-CV-007331-MWF(RAOx)<br><br>PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF **POTENTIALLY** RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1 |

     PLEASE TAKE NOTICE that plaintiff United States of America hereby files this notice of a case potentially related to the instant case, pursuant to Local Rule 83-1.3.1 as follows:

     The instant in rem civil forfeiture lawsuit against the defendant assets, which seeks to forfeit the defendant assets the government has obtained from box 6615 at U.S. Private Vaults, is possibly related to Louis Loe v. United States of America, et al., Case No. 21-CV-03348-RGK-MAR and United States of America v.

$250,000.00 in U.S. Currency, Case No. 21-CV-007188-RGK-MAR.  The Loe and the $250,000.00 cases are related because the second amended complaint in the Loe case reflects that plaintiff Loe seeks to have returned the currency in box number 2300 while the $250,000.00 case seeks to forfeit the $250,000.00 found in that same box.  See Docket No. 53 in Loe (second amended complaint ¶¶ 3, 32 and 36, referencing box number 2300) and docket no. 1 in $250,000.00 (complaint ¶ 5 and n.1 at page 7).

    The instant civil forfeiture case, however, seeks to forfeit items from a different box and different persons than are involved in the Loe and $250,000.00 cases, meaning the facts and circumstances warranting, and the parties contesting forfeiture of the defendant assets in the instant case will be different from the facts, circumstances and parties involved in the Loe and $250,000.00 cases. However, the instant case, on the one hand, and the $250,000.00 case, on the other hand, discuss in their Complaints a State court criminal case in which the potential claimants in the instant case, as well as the potential claimant in the $250,000.00 case, were charged as defendants.  The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, et al., Santa Clara Superior Court Case No. C2007796.[1]

/ / /
/ / /
/ / /

---

[1] There are also two other civil forfeiture cases that have been filed that, like the instant civil forfeiture case, make reference to the Santa Clara County court action, and the government has filed today similar notices of potentially related cases in those cases. United States v. $1,083,740.00 in U.S. Currency, Case No. 2:21-cv-007279-MWF-SKx; and United States v. $709,900.00 in U.S. Currency, Case No. 2:21-cv-007191-FMO-JEMx.

2

Accordingly, the government is submitting this notice because the cases may be related, as they may (a) arise from the same or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.

Dated: September 17, 2021
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRANGER
Assistant United states Attorney
Chief, Criminal Division

         /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections

Attorneys for Plaintiff
UNITED STATES OF AMERICA