```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142/0141
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cv-07331-RGK-MAR |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL SERVED COMPLAINT BY NOT MORE THAN 30 DAYS** |
| v. | ) | |
| $325,680.00 IN U.S. CURRENCY, | ) | [Local Rule 8-3] |
| Defendant. | ) | Complaint Served: December 13, 2021<br>Current response date:<br>   Claim-January 17, 2022<br>   Answer-February 7, 2022<br>New response date:<br>   Claim-February 16, 2022<br>   Answer-March 9, 2022 |

    Pursuant to Local Rule 8-3, plaintiff United States of America and potential claimants Hershel Tsikman, Vladimir Tsikman and Polina Tsikman (collectively, "potential claimants") hereby stipulate and agree to extend the time for potential

1  claimants to respond to the initial complaint served in this
2  action.  The complaint was served December 13, 2021.  Potential
3  claimants time to file a claim to contest the forfeiture of the
4  defendant currency is January 17, 2022 and an answer or other
5  responsive pleading to the complaint is twenty-one (21) days
6  thereafter (i.e., February 7, 2022).  See Supplemental Rule
7  G(4)(b)(ii) of the Supplemental Rules for Admiralty or Maritime
8  Claims and Asset Forfeiture Actions.  The parties have agreed to
9  a thirty day extension of these deadlines.  Accordingly,
10 potential claimants' time to file a claim to the defendant
11 currency is extended from January 17, 2022 to February 16, 2022,
12 and an answer or other responding document to the complaint is
13 extended from February 7, 2022 to March 9, 2022.

Dated: January 14, 2022          TRACY L. WILKISON
                                 United States Attorney
                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 JONATHAN GALATZAN
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                          /s/
                                 _____
                                 VICTOR A. RODGERS
                                 MAXWELL COLL
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: January 14, 2022          BIRD, MARELLA, BOXER, WOLPERT,
                                 NESSIM, DROOKS, LINCENBERG &
                                 RHOW, P.C.

                                          /s/
                                 _____
                                 BENJAMIN N. GLUCK

                                 Attorneys for Potential Claimants
                                 Hershel Tsikman, Vladimir Tsikman
                                 and Polina Tsikman

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On January 14, 2022, I served a copy of: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL SERVED COMPLAINT BY NOT MORE THAN 30 DAYS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**
**Benjamin N. Gluck, Esq.**
**Bird Marella Law Firm**
**1875 Century Park East, 23rd Floor**
**Los Angeles, CA 90067-2561**

 **X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on January 14, 2022 at Los Angeles, California.

                                                                      */s/Paul J. Read*
                                                                   **PAUL J. READ**
                                                                   Paralegal, FSA