Benjamin N. Gluck - State Bar No. 203997
 bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
 nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
 abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
 nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff, <br><br> vs. <br><br> $325,680.00 IN U.S. CURRENCY, <br><br>       Defendant. | CASE NO.  2:21-cv-07331 <br><br> **NOTICE OF ERRATA REGARDING ECF DKT. 13** <br><br> Complaint Filed: December 13, 2021 <br><br> Assigned to Hon. R. Gary Klausner |

3775692.1

NOTICE OF ERRATA REGARDING ECF DKT. 13

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, on February 15, 202, Claimants, Hershel Tsikman, Vladimir Tsikman, and Polina Tsikman (collectively, "Claimants"), filed their Claim ECF Dkt. 143.  There was a technical deficiency with the previously filed document and a corrected version will be filed today.  Pursuant to the clerk's advice, Claimants are hereby filing a corrected Claim.

    The first Claim Dkt. 13 is thus surplus and may be disregarded.

DATED:  February 16, 2022

Benjamin N. Gluck
Nicole R. Van Dyk
Ashley D. Bowman
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By:    /s/ *Benjamin N. Gluck*
        Benjamin N. Gluck
     Attorneys for Claimant