Benjamin N. Gluck - State Bar No. 203997
   bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
   nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
   abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
   nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$325,680.00 IN U.S. CURRENCY,<br><br>    Defendant. | CASE NO. 2:21-cv-07331<br><br>**CLAIM**<br><br>Complaint Filed: December 13, 2021<br><br>Assigned to Hon. R. Gary Klausner |

3775020.1

### I. Claim

Pursuant to Supplemental Rule G(5)(a), Hershel Tsikman, Vladimir Tsikman, and Polina Tsikman (collectively, "Claimants"), hereby submit their claim contesting forfeiture of the defendant assets in this civil *in rem* forfeiture action. Claimants are the co-owners of all the contents of Box No. 6615 seized from U.S. Private Vaults on or around March 22, 2021, including $325,680.00 in U.S. currency, the defendant assets in this case, previously identified as Asset ID No. 21-FBI-002920.

DATED: February 10, 2022

Benjamin N. Gluck
Nicole R. Van Dyk
Ashley D. Bowman
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: *Benjamin Gluck*
　　　Benjamin N. Gluck
　　Attorneys for Claimant

## II. VERIFICATION

I, Hershel Tsikman, am the co-owner of and have a possessory interest in all the contents of Box No. 6615 seized from U.S. Private Vaults on or around March 22, 2021, including $325,680.00 in U.S. currency, the defendant assets in this action, previously identified as Asset ID. No. 21-FBI-002920.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on  02/11  , 2022, at Los Angeles, California.

                                                                    *[signature]*
                                                            Hershel Tsikman

III.  VERIFICATION

I, Vladimir Tsikman, am the co-owner of and have a possessory interest in all the contents of Box No. 6615 seized from U.S. Private Vaults on or around March 22, 2021, including $325,680.00 in U.S. currency, the defendant assets in this action, previously identified as Asset ID. No. 21-FBI-002920.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on     02/22    , 2022, at Los Angeles, California.

*Vladimir Tsikman* (signature)

Vladimir Tsikman

3775020.1

4
FORFEITURE CLAIM

### IV. VERIFICATION

I, Polina Tsikman, am the co-owner of and have a possessory interest in all the contents of Box No. 6615 seized from U.S. Private Vaults on or around March 22, 2021, including $325,680.00 in U.S. currency, the defendant assets in this action, previously identified as Asset ID. No. 21-FBI-002920.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on ____02/22____, 2022, at Los Angeles, California.

*/s/ Polina*

Polina Tsikman

3775020.1

5
FORFEITURE CLAIM