| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Benjamin N. Gluck (SBN 203997);bgluck@birdmarella.com<br>Nicole R. Van Dyk (SBN 261646); nvandyk@birdmarella.com<br>Ashley D. Bowman (SBN 286099); abowman@birdmarella.com<br>Naomi S. Solomon  (SBN 321357); nsolomon@birdmarella.com<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg,<br>& Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California  90067<br>Telephone: (310) 201-2100<br>ATTORNEY(S) FOR: Claimants | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>$325,680.00 IN U.S. CURRENCY,<br><br>Plaintiff(s),<br>Defendant(s) | CASE NUMBER:<br>2:21-cv-07331-RGK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Claimants, Hershel Tsikman, Vladimir Tsikman, and Polina Tsikman
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Hershel Tsikman | Claimant |
| Vladimir Tsikman | Claimant |
| Polina Tsikman | Claimant |
| United States of America | Plaintiff |

| | |
|---|---|
| February 17, 2022<br>Date | /s/ Benjamin N. Gluck<br>Signature<br>Benjamin N. Gluck<br><br>Attorney of record for (or name of party appearing in pro per):<br>Claimants, Hershel Tsikman, Vladimir Tsikman, and Polina Tsikman |

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES

