1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07331-RGK(MARx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER STAYING CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND CASE |
| v. | |
| $325,680.00 IN U.S. CURRENCY, | |
| Defendant. | |
| HERSHEL TSIKMAN, VLADIMIR TSIKMAN and POLINA TSIKMAN, | |
| Claimants. | |

12
13
14
15
16
17
18
19
20

     Pursuant to the stipulation and request of the parties, 18

21  U.S.C. § 981(g), and good cause appearing therefor, IT IS ORDERED

22  that this matter shall be, and hereby is stayed pending the

23  conclusion of a related criminal investigation and the criminal case

24  entitled The People of the State of California v. David Sutton, Brian

25  Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid

26  Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No.

27  C2007796 (the "related criminal case").  In order to allow the Court

28

1  to monitor the status of this matter, the government shall file a

2  status report by May 4, 2022, and every ninety (90) days thereafter,

3  concerning the progress of the criminal investigation and related

4  criminal case.

5  Dated:   _____          _____
                                          THE HONORABLE R. GARY KLAUSNER
6                                         UNITED STATES DISTRICT JUDGE

7
   Presented By:
8
   TRACY L. WILKISON
9  United States Attorney
   SCOTT M. GARRINGER
10 Assistant United States Attorney
   Chief, Criminal Division
11 JONATHAN GALATZAN
   Assistant United States Attorney
12 Chief, Asset Forfeiture Section

13
           /s/
   _____
14 VICTOR A. RODGERS
   MAXWELL COLL
15 Assistant United States Attorneys
   Asset Forfeiture Section
16
   Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28

2