1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT

10                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                              WESTERN DIVISION

12   UNITED STATES OF AMERICA,          Case No. 2:21-cv-07331-RGK(MARx)

13            Plaintiff,                [PROPOSED] ORDER STAYING CIVIL
                                        FORFEITURE ACTION PENDING
14                v.                    CONCLUSION OF RELATED CRIMINAL
                                        INVESTIGATION AND CASE  [19]
15   $325,680.00 IN U.S. CURRENCY,

16            Defendant.

17   _____

18   HERSHEL TSIKMAN, VLADIMIR
     TSIKMAN and POLINA TSIKMAN,
19
              Claimants.
20   _____

21        Pursuant to the stipulation and request of the parties, 18

22   U.S.C. § 981(g), and good cause appearing therefor, IT IS ORDERED

23   that this matter shall be, and hereby is stayed pending the

24   conclusion of a related criminal investigation and the criminal case

25   entitled The People of the State of California v. David Sutton, Brian

26   Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid

27   Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No.

28   C2007796 (the "related criminal case").  In order to allow the Court

1  to monitor the status of this matter, the government shall file a

2  status report by May 4, 2022, and every ninety (90) days thereafter,

3  concerning the progress of the criminal investigation and related

4  criminal case.

5  Dated:  3/3/2022 _____     _____
                                        THE HONORABLE R. GARY KLAUSNER
6                                       UNITED STATES DISTRICT JUDGE

7

   Presented By:
8
   TRACY L. WILKISON
9  United States Attorney
   SCOTT M. GARRINGER
10 Assistant United States Attorney
   Chief, Criminal Division
11 JONATHAN GALATZAN
   Assistant United States Attorney
12 Chief, Asset Forfeiture Section

13
        _____/s/_____
14 VICTOR A. RODGERS
   MAXWELL COLL
15 Assistant United States Attorneys
   Asset Forfeiture Section
16
   Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28