```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorneys
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142
         E-mail: Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-7331-RGK(MARx) |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO TRANSFER THE DEFENDANT $325,680.00 IN U.S. CURRENCY TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE FUNDS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND TO DISMISS THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |
| v. | |
| $325,680.00 IN U.S. CURRENCY, | |
| Defendant. | |
| HERSHEL TSIKMAN, VLADIMIR TSIKMAN and POLINA TSIKMAN, | |
| Claimants. | |

Plaintiff United States of America, on the one hand, and claimants Hershel Tsikman, Vladimir Tsikman and Polina Tsikman (collectively, "claimants"), on the other hand, by the signatures of

their attorneys hereunder, hereby stipulate and request that the Court enter an order that:

(i) the defendant $325,680.00 in U.S. Currency be transferred to the Santa Clara County District Attorney's Office so that the funds can be applied to any restitution orders entered in the related criminal case entitled <u>The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al.</u>, Santa Clara Superior Court Case No. C2007796, in which claimants Hershel Tsikman and Vladimir Tsikman are named as defendants; and

(ii) this civil forfeiture case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties each bearing their own attorney fees and costs.

In addition, by this stipulation claimants, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which claimants, and each of them hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which

/ / /
/ / /
/ / /

may be asserted by or on behalf of claimants, or any of them, whether pursuant to statute or otherwise.

Dated: May 30, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers

VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 30, 2022

BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.

/s/ Benjamin N. Gluck

BENJAMIN N. GLUCK
NICOLE R. VAN DYK
ASHLEY D. BOWMAN
NAOMI S. SOLOMON

Attorneys for Claimants
HERSHEL TSIKMAN, VLADIMIR TSIKMAN and POLINA TSIKMAN