Log# 2878
Capture# 012-2:2021-CV-07331-2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:21-cv-07331-RGK(MARx) |
| DEFENDANT | TYPE OF PROCESS |
| $325,680.00 in U..S. Currency | Execute Order Requiring Transfer |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Victor A. Rodgers<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the Order Requiring Transfer of the Defendant $325,680.00 in U.S. Currency to Santa Clara County District Attorney's Office for Application of the Funds to Any Restitution Orders Entered in the Related Santa Clara County Superior Court Criminal Case and Dismissing This Action Without Prejudice Pursuant To Fed. R. Civ. P. 41(A)(1)(A)(ii), please transfer the Defendant $325,680.00 in U.S. Currency (CATS ID No. 21-FBI-002920) to the Santa Clara County District Attorney's Office.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| VICTOR RODGERS  Digitally signed by VICTOR RODGERS Date: 2022.06.13 11:46:32 -07'00' | [x] PLAINTIFF<br>[ ] DEFENDANT | (213) 894-2569 | 6/13/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 12 | *Mayra Ford* | 6/13/2022 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 8/30/22  Time: 12:00 [x] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

TRANSFERRED $325,680.00 USC (21-FBI-002920) TO SANTA CLARA DISTRICT ATTORNEYS OFFICE ON 7/12/22.

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Form USM-285
Rev 03/21